IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **JOHN SEARS,** | Case No.: 2:21-cv-03165-SSS-ADSx |
| Plaintiff, | **DENIED** ORDER RE: STIPULATION TO AMEND SCHEDULING ORDER AND ORDER RE: PRETRIAL AND TRIAL DATES |
| v. | |
| **CALIFORNIA HIGHWAY PATROL, a State Agency; DAVID AGREDANO, an officer with the California Highway Patrol; and DOES 1-40, inclusive,** | |
| Defendants. | |

Upon the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the Court's scheduling order as it relates to Fact Discovery Cut-Off, Motion Cut-Off, Settlement Conference deadline, Final Pretrial Conference, and Jury Trial be amended as follows:

/ / /

/ / /

/ / /

/ / /

1

| Event | Current Date | [Proposed] Continued Date |
|---|---|---|
| Fact Discovery Cut-Off | August 1, 2022 | February 1, 2023 |
| Motion Cut-Off (hearing date) | November 21, 2022 | May 3, 2023 |
| Deadline for Settlement Conference | November 7, 2023 | June 1, 2023 |
| Final Pretrial Conference | January 7, 2023 | July 18, 2023 |
| Jury Trial | January 30, 2023 | August 1, 2023 |

**IT IS SO ORDERED.**

**The Court will issue a separate civil trial scheduling order.**

**DENIED**

DATED: July 15, 2022

BY ORDER OF THE COURT
_____
Honorable Sunshine S. Sykes
United States District Judge