ROB BONTA
Attorney General of California
IVETA OVSEPYAN
Supervising Deputy Attorney General
CHERYL W. HSU
Deputy Attorney General
State Bar No. 217083
  1300 I Street, Room 125
  Sacramento, CA  95814
  Telephone:  (916) 210-6514
  Fax:  (916)
  E-mail:  Cheryl.Hsu@doj.ca.gov
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and David Agredano*

Todd T. Cardiff, Esq. (SBN 221851)
LAW OFFICE OF TODD T. CARDIFF, APLC
1901 First Ave., Ste. 219
San Diego, CA  92101
Tel:  (619) 546-5123
Fax: (619) 546-5133

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **JOHN SEARS,** <br><br> Plaintiff, <br><br> v. <br><br> **CALIFORNIA HIGHWAY PATROL, a State Agency; DAVID AGREDANO, an officer with the California Highway Patrol; and DOES 1-40, inclusive,** <br><br> Defendants. | Case no. 2:21-cv-03165-SSS-ADSx <br><br> **ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER** <br><br> **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** <br><br> **NOTE CHANGES MADE BY COURT** <br><br> Judge:         Honorable Sunshine S. Sykes <br> Trial Date:  1/30/2023 <br> Action Filed: 1/21/2021 |

1

1    Pursuant to the parties' Stipulation for Dismissal, this action is hereby
2    dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
3    This stipulation includes a dismissal of any claims against defendants mentioned in
4    the pleadings and motions filed in this case.

5    Each party shall bear its own litigation costs and attorney's fees.

6    IT IS SO ORDERED.

9    Dated: July 28, 2022

_____
The Honorable Sunshine S. Sykes
United States District Court Judge

LA2021600655
36389220.docx